## L. R. Miller, Appellee, v. Frank Arliskas, Trading as A. & A. Motors, Appellant.

### Gen. No. 43,236.

opinion filed January 8, 1945; released for publication January 29, 1945. Jaffe & Jaffe, for appellant; William Jaffe, of counsel; Bernard McDevitt, Jr. and Fred J. O'Connor, for appellee; Bernard McDevitt, Jr., of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.